B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re  **YTB, Inc.**  
Debtor(s)

Case No.  **13-30326**  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Edlen Electric Exhibition<br>3010 Builders Ave<br>Las Vegas, NV 89101 | Edlen Electric Exhibition<br>3010 Builders Ave<br>Las Vegas, NV 89101 | | | 10,938.74 |
| Great Rivers Enterprise<br>1901 E Edwardsville Rd<br>Wood River, IL 62095 | Great Rivers Enterprise<br>1901 E Edwardsville Rd<br>Wood River, IL 62095 | | | 201,858.41 |
| Herff Jones Inc<br>PO Box 99292<br>Chicago, IL 60693 | Herff Jones Inc<br>PO Box 99292<br>Chicago, IL 60693 | | | 17,573.37 |
| Kim Sorenson<br>6311 Buckeye Road<br>Moro, IL 62067 | Kim Sorenson<br>6311 Buckeye Road<br>Moro, IL 62067 | | | 118,218.57 |
| Marriott International<br>PO Box 403370<br>Atlanta, GA 30384 | Marriott International<br>PO Box 403370<br>Atlanta, GA 30384 | | | 75,166.44 |
| Maxwell Warehouse<br>PO Box 311<br>Winder, GA 30680 | Maxwell Warehouse<br>PO Box 311<br>Winder, GA 30680 | | | 6,412.90 |
| Michael Brent<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | Michael Brent<br>560 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | | | 107,583.67 |
| Nimsoft<br>275 Shoreline Drive, Suite 250<br>Redwood City, CA 94065 | Nimsoft<br>275 Shoreline Drive, Suite 250<br>Redwood City, CA 94065 | | | 7,000.00 |
| Paramount<br>5015 Fyler Avenue<br>Saint Louis, MO 63139 | Paramount<br>5015 Fyler Avenue<br>Saint Louis, MO 63139 | | | 14,086.57 |
| Robert M Van Patten<br>20A Kettle River Drive<br>Glen Carbon, IL 62034 | Robert M Van Patten<br>20A Kettle River Drive<br>Glen Carbon, IL 62034 | | | 15,000.00 |
| Roxanna Sorensen<br>6311 Buckeye Road<br>Moro, IL 62067 | Roxanna Sorensen<br>6311 Buckeye Road<br>Moro, IL 62067 | | | 7,993.73 |
| Sales Pro 360 Inc<br>1583 Lake Rd<br>Webster, NY 14580 | Sales Pro 360 Inc<br>1583 Lake Rd<br>Webster, NY 14580 | | | 145,620.87 |

B4 (Official Form 4) (12/07) - Cont.

In re **YTB, Inc.**          Case No. **13-30326**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Scott Tomer**<br>357 Wanda<br>Edwardsville, IL 62025 | **Scott Tomer**<br>357 Wanda<br>Edwardsville, IL 62025 | | | 30,035.14 |
| **Smart Travel Technologies**<br>12 East Stow Road<br>Marlton, NJ 08053 | **Smart Travel Technologies**<br>12 East Stow Road<br>Marlton, NJ 08053 | | | 7,000.00 |
| **St. Louis Convention and Visitors**<br>701 Convention Plaza<br>Saint Louis, MO 63101 | **St. Louis Convention and Visitors**<br>701 Convention Plaza<br>Saint Louis, MO 63101 | | | 53,877.57 |
| **Staples Promotional Products**<br>PO Box 790322<br>Saint Louis, MO 63179 | **Staples Promotional Products**<br>PO Box 790322<br>Saint Louis, MO 63179 | | | 25,931.01 |
| **Strong Mail Systems**<br>1300 Island Drive<br>Redwood City, CA 94065 | **Strong Mail Systems**<br>1300 Island Drive<br>Redwood City, CA 94065 | | | 18,349.00 |
| **Texas State Controller**<br>111 East 17th Street<br>Austin, TX 78701 | **Texas State Controller**<br>111 East 17th Street<br>Austin, TX 78701 | | | 258,260.00 |
| **Vertex Inc**<br>W510248<br>Philadelphia, PA 19175 | **Vertex Inc**<br>W510248<br>Philadelphia, PA 19175 | | | 9,685.00 |
| **Wrightwood**<br>505 W Vine Street<br>Kissimmee, FL 34741 | **Wrightwood**<br>505 W Vine Street<br>Kissimmee, FL 34741 | | | 295,420.16 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 8, 2013**      Signature **/s/ Andrew Cauthen**
                                                                  **Andrew Cauthen**
                                                                  **President & CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.